IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Case No. 18-CR-629 |
| | ) |
| | ) Judge Kennelly |
| ELIJAH MURPHY, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE, *INSTANTER*, DEFENDANT'S MOTION TO QUASH ARREST AND SUPPRESS GUN EVIDENCE, OR FOR THE SETTING OF AN EVIDENTIARY HEARING WITH REGARD TO THAT MOTION**

Defendant, Elijah Murphy ("Mr. Murphy"), by and through his undersigned counsel, respectfully moves this Court for the entry of an Order granting him leave to file, *instanter*, Motion to quash arrest and suppress the gun evidence, and states as follows:

1. Per this Court's prior Order, Mr. Murphy was to file discovery motions on or before December 7, 2018.

2. However, Mr. Murphy's counsel was unable to meet that deadline in light of the fact that he was required to travel to the Kankakee Jail to have Mr. Murphy review and execute an Affidavit in support of his discovery motion – and counsel was unable to do that until December 10, 2018 because of other commitments.

3. The proposed motion is attached hereto, and is accompanied by Mr. Murphy's affidavit.

4. Counsel for Mr. Murphy has conferred with counsel for the Government and they do *not* oppose this Motion.

**WHEREFORE**, Defendant, Mr. Murphy, by and through his undersigned CJA appointed panel counsel, Michael I. Leonard, respectfully moves this Court for the entry of an Order granting him leave to file the above-referenced motion, and for such other and further relief as is appropriate.

                          **RESPECTFULLY SUBMITTED,**

        **By:**    **s/Michael I. Leonard**
                      **Counsel for Mr. Murphy**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 North LaSalle – 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

### CERTIFICATE OF SERVICE

      The undersigned states that, on December 10, 2018, he caused the above document to be served upon opposing counsel of record by ECF filing it, and by way of e-mail.

                        **By:/s/ Michael I. Leonard**