UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ELIJAH MURPHY

No. 18 CR 629

Judge Matthew Kennelly

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO QUASH ARREST AND SUPPRESS GUN EVIDENCE
OR FOR THE SETTING OF AN EVIDENTIARY HEARING**

Defendant Elijah Murphy moves to suppress evidence that he illegally possessed a firearm on May 28, 2018. Murphy disputes that officers smelled marijuana coming from the vehicle where officers saw him sitting and where they subsequently found a firearm, and he has provided a sworn affidavit stating that there was no smell of marijuana in or near the car. Dkt. No. 26-2 at ¶ 11.

Murphy presents no legal argument in his motion. This is so because "a police officer who smells marijuana coming from a car has probable cause to search that car." *United States v. Franklin*, 547 F.3d 726, 733 (7th Cir. 2008).

The government concedes there is a factual dispute that will require a hearing as to whether the officers smelled marijuana that justified their search. As the evidence presented at the hearing will show, the officers smelled a strong odor of marijuana coming from the car, giving rise to probable cause to search it. The officers' testimony, body worn camera capturing what the officers saw, and their discussion of the marijuana smell, as well as the items seen and recovered by the

1

officers will demonstrate that the marijuana they smelled emanating from the car gave rise to their search of it.

Dated:   January 28, 2019                    Respectfully submitted,

                                             JOHN R. LAUSCH, JR.
                                             United States Attorney

                                             _____/s/ Katherine Neff Welsh_____
                                    By:      KATHERINE NEFF WELSH
                                             Assistant United States Attorney
                                             219 South Dearborn Street
                                             Chicago, Illinois 60604
                                             (312) 469-6309