# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                  Case No.: 1:18−cr−00629
                                                 Honorable Matthew F. Kennelly

Elijah Murphy

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Elijah Murphy: Status hearing held on 4/22/2019. Oral ruling made on motion to suppress [26]. Motion to suppress [26] is granted for reasons stated in open court. The 5/20/2019 jury trial is vacated. Status hearing set for 5/1/2019 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.