### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No:   18 CR 629 |
| v. | ) | |
| | ) | Judge:   Matthew F. Kennelly |
| Elijah Murphy | ) | |

### ORDER

Status hearing held on 5/1/2019.   The government dismisses the indictment. Indictment is dismissed.

Date:  May 1, 2019                                                                      /s/ Judge Matthew F. Kennelly

(00:05)